Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 1 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MICHAEL JOHN STENSGAR,

                Defendant.

INDICTMENT    2:24-CR-115-TOR-1

Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)
Felon in Possession of a Firearm

18 U.S.C. § 924, 28 U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

On or about August 17, 2024, in the Eastern District of Washington, the Defendant, MICHAEL JOHN STENSGAR, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: a Smith and Wesson, 9mm caliber firearm pistol bearing serial number JNH8009 and a Glock, model 27, .40 caliber firearm bearing serial number TZP010, which

INDICTMENT – 1

firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, MICHAEL STENSGAR, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- Smith and Wesson, 9mm caliber firearm pistol bearing serial number JNH8009;
- a Glock, model 27, .40 caliber firearm bearing serial number TZP010; and,
- Any and all ammunition.

DATED this 21ˢᵗ day of August, 2024.

A TRUE BILL

███████████████████████

_____
Vanessa R. Waldref
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 2